IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON A. JONES,<br><br>　　　　Petitioner,<br><br>　v.<br><br>PAUL COPENHAVER, et al.,<br><br>　　　　Respondents.<br>　　　　　　　　　　　　　　　　　　／ | No. C 09-04342 SBA (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　　Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day the action was filed the Court sent a notification to Petitioner informing her that her action could not go forward until she paid the filing fee or filed a completed prisoner's in forma pauperis application. The Clerk of the Court sent Petitioner a blank in forma pauperis application and told her that she must pay the fee or return the completed application within thirty days or her action would be dismissed. Petitioner filed an in forma pauperis application; however, she did not file her certificate of funds or her prisoner trust account.

　　　On November 30, 2009, the Court sent a second notification to Petitioner informing her that she did not file a certificate of funds or a prisoner trust account. The Court directed Petitioner to either pay the fee or submit a certificate of funds and a prisoner trust account within thirty days or her action would be dismissed.

　　　More than thirty days have passed and Petitioner has not paid the filing fee, submitted a certificate of funds, prisoner trust account or otherwise communicated with the Court. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Petitioner's case.

　　　IT IS SO ORDERED.

DATED: 1/11/10

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\SBA\HC.09\Jones4342.DisIFP.wpd

1

2 UNITED STATES DISTRICT COURT

3 FOR THE

4 NORTHERN DISTRICT OF CALIFORNIA

5

6

7 SUSAN A. JONES,                   Case Number: CV09-04342 SBA

8        Plaintiff,                      **CERTIFICATE OF SERVICE**

9   v.

10 PAUL COPENHAVER et al,

11        Defendant.

12

13 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

14 That on January 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

15

16

17

18

Sharon A. Jones 12807-023
19 Satellite Prison Camp
5675 8th Street Camp Parks
20 Dublin, CA 94568

21 Dated: January 12, 2010

                             Richard W. Wieking, Clerk
22                              By: LISA R CLARK, Deputy Clerk

23

24

25

26

27

28